[No. 4198.]

BAILEY v. O'FALLON.

**Appellate Practice—Dismissal of Appeal—Redocketing on Error.**

Where a judgment of the county court was appealed from to the supreme court and the supreme court has no jurisdiction to review the judgment on appeal but has jurisdiction to review it on writ of error the appeal will be dismissed and the cause redocketed on error.

*Appeal from the County Court of Gunnison County.*

Mr. J. C. HELM, for appellant.

MR. SPRIGG SHACKLEFORD, for appellee.

*Per Curiam.*—Appellee, as plaintiff, brought an action in replevin against appellant, as defendant, to recover possession of a mare. The judgment was in favor of plaintiff, and the defendant appeals.

Neither the character, amount of the judgment, nor the questions involved necessary to a determination of the case confer jurisdiction upon this court to entertain the appeal. The judgment appealed from, however, is a judgment of the county court, and we therefore have jurisdiction to entertain it on error. For that reason, by virtue of the provisions

of sec. 388a, Mills' Annotated Code, the appeal is dismissed, and the cause will be redocketed on error.

                              *Appeal dismissed.*